1004

[No. 35534-1-I. Division One. August 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03438-0, William L. Downing, J., entered November 4, 1994. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 35873-1-I. Division One. August 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY RAY FAGANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04918-2, George T. Mattson, J., entered December 22, 1994. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 36039-6-I. Division One. August 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY BOYCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05375-6, Brain D. Gain, J., entered January 30, 1995. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 36486-3-I. Division One. August 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO MIRANDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07357-1, JoAnne Alumbaugh, J., entered April 10, 1995. *Affirmed in part* and *remanded* by unpublished per curiam opinion.